# United States District Court
# District of New Jersey

| | |
|---|---|
| UNITED STATES | Hon. Edward S. Kiel |
| V. | Mag. No. 20-15012 |
| PARTHASARTHIE KAPOOR | **Transportation and Detention Order** |

Upon the application of the United States of America, by Craig Carpenito, the United States Attorney for the District of New Jersey (by Kendall Randolph, Special Assistant United States Attorney, appearing), for a extradition proceedings to occur subsequent to the arrest of the defendant in the District of New Jersey; and

**IT APPEARING** that jurisdiction for further extradition proceedings occurs where the fugitive was arrested, and the defendant did appear in the District of New Jersey on January 21, 2020,

**IT IS** on this 11th Day of February, 2020,

**ORDERED** that the United States marshal must immediately transport the defendant, together with a copy of this order, back to the District in which he appeared on January 21, 2020, and in which is scheduled to appear again on March 30, 2020, and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.

_____
HONORABLE EDWARD S. KIEL
UNITED STATES MAGISTRATE JUDGE