# EXHIBIT 1

<u>DECLARATION OF TOM HEINEMANN</u>

I, Tom Heinemann, declare and say as follows:

1. I am an Attorney-Adviser in the Office of the Legal Adviser for the Department of State, Washington, D.C.  This office has responsibility for extradition requests within the Department of State, and I am charged with the extradition case of Parthasarathi Kapoor.  I make the following statements based upon my personal knowledge and upon information made available to me in the performance of my official duties.

2. In accordance with the provisions of the extradition treaty between the United States and Canada, the Canadian Embassy submitted Diplomatic Note 8323, dated March 16, 2020, formally requesting the extradition of Parthasarathi Kapoor.  On January 28, 2021, Canada submitted supplementary information in support of this extradition request to the United States Embassy in Ottawa.  These supplementary documents submitted by the Government of Canada in support of its extradition request were certified on February 3, 2021 by Katherine Brucker, Charge d'Affaires at the Embassy of the United States of America in Ottawa, in accordance with Title 18, United States Code, Section 3190.  Ms. Brucker, at the time of her certification, was the principal diplomatic officer of the United States in Canada.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Santa Fe, New Mexico on February 24th, 2021.


_____
TOM HEINEMANN


Attachment:  Supplementary submission in support of extradition request for Kapoor

Embassy of the United States of America

# Certificate to be Attached to Documentary Evidence Accompanying Requisitions in the United States for Extradition

## AMERICAN FOREIGN SERVICE

Ottawa, Canada, February 3, 2021

I, Katherine Brucker, Chargé d'Affaires of the United States of America at Ottawa, Canada, hereby certify that the annexed papers, being authenticated supporting documents proposed to be used upon an application for the extradition from the United States of Parthasarathi KAPOOR who stands charged in the Province of Quebec with four counts of sexual interference, contrary to section 151 of the Criminal Code; four counts of sexual assault, contrary to sections 265(1) and 271(1)(a) of the Criminal Code; two counts of invitation to sexual touching, contrary to section 152 of the Criminal Code; one count of sexual exploitation, contrary to section 153(1)(b) of the Criminal Code; one count of assault, contrary to section 266(a) of the Criminal Code; one count of obtaining sexual service of a person under 18 years old, contrary to section 212(4) of the Criminal Code; one count of making child pornography, contrary to section 163.1(2)(a); and one count of possession of child pornography, contrary to section 163.1(4)(a) of the Criminal Code are properly and legally authenticated so as to entitle them to be received in evidence for similar purposes by the tribunals of Canada, as required by Title 18, United States Code, Section 3190.

In witness whereof I hereunto sign my name and cause my seal of office to be affixed this 3rd day of February 2021.

Katherine Brucker
Chargé d'Affaires of the
United States of America

SENSITIVE BUT UNCLASSIFIED

Form 36- Foreign Service

# EXHIBIT 2



Department of Justice       Ministère de la Justice
Canada                      Canada

Ottawa, Canada
K1A 0H8


## <u>CERTIFICATE OF AUTHENTICATION</u>


IN THE MATTER OF the request for the extradition of **Parthasarathi KAPOOR** from the United States of America to Canada


I, Cathy Chalifour, Senior Counsel, International Assistance Group, Department of Justice of Canada, do hereby certify:

THAT attached to this Certificate is authenticated supplementary documentation presented by Canada in support of the extradition of **Parthasarathi KAPOOR** who stands charged in the Province of Quebec with four counts of sexual interference, contrary to section 151 of the *Criminal Code*; four counts of sexual assault, contrary to sections 265(1) and 271(1)(a) of the *Criminal Code*; two counts of invitation to sexual touching, contrary to section 152 of the *Criminal Code*; one count of sexual exploitation, contrary to section 153(1)(b) of the *Criminal Code*; one count of assault, contrary to section 266(a) of the *Criminal Code*; one count of obtaining sexual service of a person under 18 years old, contrary to section 212(4) of the *Criminal Code*; one count of making child pornography, contrary to section 163.1(2)(a); and one count of possession of child pornography, contrary to section 163.1(4)(a) of the *Criminal Code*.

THAT the documentation attached to this certificate is composed of:

- the original Supplementary Affidavit of Fact of Sergeant Detective Pascal Fortier, peace officer with the Service de police de Montréal.

THAT Alexandre Renaud whose original signature appears at the end of the Supplementary Affidavit of Pascal Fortier, is a Commissioner of Oaths for the Province of Québec, having been duly commissioned and duly authorized by the laws thereof to administer oaths and to take affidavits within the said Province.


The Seal of the Minister of Justice of Canada is hereby affixed this 28th day of January, 2021.

_____
Cathy Chalifour



CANADA

PROVINCE OF QUEBEC
DISTRICT OF MONTRÉAL

Nᵒ  500-01-001683-033

RE : DIRECTOR OF CRIMINAL AND
PENAL PROSECUTION

v.

PARTHASARATHI KAPOOR

IN THE MATTER of a request by Canada
for the extradition of Parthasarathi Kapoor
from the United States of America with
respect to offences under the
*Criminal Code*

---

## SUPPLEMENTARY AFFIDAVIT OF FACT
### DETECTIVE PASCAL FORTIER

---

1.     I, the undersigned, Pascal Fortier, #4614, detective-sergeant for the Service de police de
la Ville de Montréal (SPVM), i.e., the Montréal Police, having my principal place of work at
10351, rue Sherbrooke Est, Montréal, Quebec, declare the following:

## A.     INTRODUCTION

2.     I have been a police officer with the SPVM for the past 23 years and am currently assigned
to the Équipe de surveillance des délinquants sexuels, i.e., the SPVM team responsible for
monitoring sex offenders.

3.     I am in charge of the investigation concerning the charges against Parthasarathi
KAPOOR, born December 18, 1973 (KAPOOR). I have read the entire case file of SPVM

investigators, Sergeant Detective (SD) Guy Bianchi and Sergeant Christine Debon, who led the investigation in 2002 and 2003. Below, I indicate the sources of relevant information from the case file.

4.      This affidavit supplements my affidavit of fact, dated March 5, 2020. I submit this affidavit at the request of the United States of America (United States) and in response to allegations raised by KAPOOR during an ongoing extradition proceeding.

**OFFICIAL DOCUMENTS FROM CANADA AND THE UNITED STATES**

5.      In August 1998, Canadian immigration authorities took the fingerprints of a person who identified himself as "Parthasarathi KAPOOR", born December 18, 1973, and residing at 4652 De Courtrai, apartment 56, Montréal.  A fingerprints card from the Canadian Border and Services Agency (CBSA), which includes a photograph of KAPOOR, is attached to this affidavit as Exhibit A.  It is the same record that is attached as Exhibit C to my affidavit of fact, dated March 5, 2020.

6.      On January 25, 2021, I received a report of investigation from the United States Marshals Service (USMS) confirming that the above-noted fingerprints are a match for an individual known to the United States government as "Parthasarathi De", born December 18, 1969. Attached to this affidavit as Exhibit B is the investigative report from the USMS along with a copy of the United States passport for "Perth De".

7.      On January 21, 2020, Senior Inspector Bill Boldin of the USMS provided me with the booking photo of "De Parthasarathi", born December 18, 1969. De Parthasarathi was arrested in the United States on January 20, 2020, pursuant to a request from Canada for the provisional arrest of KAPOOR.  The booking photo is attached as Exhibit C to this affidavit.

8.      During her investigation, Sergeant Debon requested that Canadian immigration authorities provide documents in relation to "M. Parthasarathi Kapoor".  On May 13, 2003, she received three records in response to her request. The records are attached as "Exhibit D" to this affidavit. One of the records in Exhibit D, titled "Election Commission of India", lists "Pranab Kumar" as the father of "Partha Kapoor". On page 6 of KAPOOR's Brief Opposing Extradition, Mr. De's father is also listed as "Pranab Kumar". Another record in Exhibit D, a driver's licence

from India under the name "Partha S. Kapoor", bears the same signature as the fingerprints card (Exhibit A).

9.      At paragraph 36 of my affidavit of fact, dated March 5, 2020, I refer to videotapes provided by KAPOOR's former roommate, Saleh Mohammed Koaser. Videotape # 8 contains a video of immigration documents belonging to KAPOOR. According to the notes taken by SD Bianchi, the name that appears on these documents is "KAPOOR, Parasarathi". The video also shows records listing KAPOOR's Quebec health insurance number, "KAPP73121815". In Quebec, all health insurance numbers have the same format –   three letters corresponding to the first three letters of the person's surname, followed by the first letter of their first name, followed by their date of birth (YY-MM-DD) and then two random numbers. KAPOOR's Quebec health insurance number follows this format – "KAP" corresponds to the first three letters of his surname, the following "P" corresponds to the first letter of his first name. Finally, his date of birth (73-12-18) is listed along with two random numbers.

## MR. KAPOOR'S RESIDENCE IN MONTRÉAL

10.     On October 23, 1998, the Société de l'assurance automobile du Québec, i.e., Quebec's automobile licencing authority, opened a file for "KAPOOR Parthasarathi" born on December 18, 1973.  The address on file is 4752 De Courtrai #2, Montréal.

11.     In August 2001, SPVM officers met a suspect in relation to a kidnapping investigation. They met at 4752 De Courtrai #2. The suspect identified himself with his health insurance card and social insurance number, as "Parthasarathi KAPOOR".

12.     Victim N.A.'s statement to SPVM officers reveals that he met with KAPOOR in the summer of 1998 in front of 4752 de Courtrai, Montréal, and that he went to KAPOOR's apartment at 4752 de Courtrai #2, Montréal.  N.A.'s statement further reveals that he visited KAPOOR at that address between the summer of 1998 and March 2002.

13.     Paragraph 34 of my affidavit of fact, dated March 5, 2020, contains inaccurate information about victim T.A's videotaped statement. It states "he went to KAPOOR's residence at 4752,

avenue de Courtrai, Montréal". After watching T.A.'s videotaped statement, I can advise that T.A. identifies his aggressor as "KAPOOR" and states that that the events took place in the summer of 1998 "at his house" i.e., KAPOOR'S house, at "apartment #1 or #2". He only specifies the apartment number. T.A. states that he "lived at 4375, avenue de Courtrai, apt. #43", which is 200 meters from KAPOOR's home address at 4752 de Courtrai #2.

14.     On January 7, 2003, SD Bianchi seized documents at 555 Marcel-Laurin #102, Ville-St-Laurent, pursuant to a judicially authorized search warrant.  Among the documents seized was a confirmation of employment signed by Saleh Kaoser, which indicates that "Partha Sarathi KAPOOR" worked on a full time basis at Mr. Kaoser's business, KAPOOR Garments, at 4375 de Courtrai, Montréal. The confirmation of employment is attached to this affidavit as Exhibit E

15.     According to his statement to police, Gurpal Singh began living with KAPOOR around November 2002 until KAPOOR left to go to the United States on January 8, 2003. Mr. Singh and KAPOOR lived at  555 boulevard Marcel Laurin #102, Ville St-Laurent. The photographs of KAPOOR, which were identified by victim, S.S., were located at that address.

**IDENTIFICATION OF KAPOOR**

16.     Three photographs are attached as Exhibit B to my affidavit of fact, dated March 5, 2020. As noted in paragraph 23 of the affidavit of fact, S.S. told investigators that the photographs depict the person who sexually abused him.  He knew the person as "Harry".  Investigators showed S.S. 29 photographs of different people (men, women, children). Three of the photographs depicted KAPOOR. S.S. identified KAPOOR in all three photographs. S.S. also identified a photograph of KAPOOR's roommate, Gurpal Singh.

17.     In her statement to police, Raj Rani states that she knew KAPOOR and that S.S. called KAPOOR "Harry".  She gave KAPOOR's phone number, which was registered to Gurpal Singh at 555 Marcel Laurin #102, Ville-St-Laurent.

18.     In his written statement to police, victim R.S., refers to his assailant as "Kapor" or "Kapour".  He also mentions that KAPOOR lived near his home. R.S. resided at 4702 de Courtrai.

4

19.     During the investigation, investigators obtained a passport-type colour photograph of KAPOOR. It is attached as Exhibit F to this affidavit.  It bears the signature of KAPOOR, i.e., the same signature that is found on the fingerprints card from CBSA (Exhibit A) and the Indian driver's licence (Exhibit D).

20.     I have reviewed the following photographs:

  i)   The photograph found on the fingerprints card (Exhibit A);
  ii)  The three photographs identified by S.S.(Exhibit B of my affidavit of March 5, 2020);
  iii) The booking photograph of Parthasarathi KAPOOR, aka Parthasarathi De, aka Perth De (Exhibit C).
  iv)  The passport-type photograph, which has KAPOOR's signature at the back (Exhibit D);

For ease of reference, a montage of the above-noted photographs is attached to this affidavit as Exhibit G.

Based on my 23 years experience as an investigator with the SPVM, I am of the opinion that all of the above-noted photographs depict the same person.  In order to reach that conclusion, I assessed the facial features of the person depicted in each photograph, i.e., the shape of their ears, nose, jaw, Adam's apple, forehead and eyebrows.  I also considered their age, hairstyle, hair length, cowlicks, facial hair and approximate weight.

21.     I make this affidavit in support of Canada's request for KAPOOR's extradition from the United States to Montréal, Quebec, Canada, and for no improper purpose or motive.


**Sworn before me in Montréal, Quebec**
**This 27th day of January, 2021**


RENAUD. 

**Full Name**
**Commissioner for Oaths**

ALEXANDRE
RENAUD
# 205302
Pour le
Québec

**Detective Pascal Fortier**
10351 Sherbrooke Est
Montréal, Quebec
H1B 1B3

# EXHIBIT A



# ORION

33000 8692945 5

1021190923340234800

**24** Surname-Nom de famille — **KAPOOR**   Given names-Prénoms — **PARTHASARATHI**   **6** FPS NO.-N° FPS — **8692945**

**Complexion-Teint** — MEDIUM

**14** Sex-Sexe   **Hair-Cheveux** — BLACK   **21** Eyes-Yeux — D. BROWN

Place of Birth (city & province)-Lieu de naissance (ville et province) — **18** INDIA

Name & Complete Address of Contributing Agency/Dept. — **1910 RUE ST ANTOINE OUEST, 2em ETAGE, MONTREAL, QUEBEC, H3C 1B2**

Contributor's No. — 327/5576

Signature of Official Taking Fingerprints — J. L'ABRECQUE

**15** Date — Y-A 98 M 07 D-J 15

Address — 4652 DECOUTRAI APP. 56, MONTREAL, QC., H3W 1A1

**17** DOB-D.D.N — Y-A 12 M 18 D-J

**19** Height-Taille (cm) — 1,72   **20** Weight-Poids (kg) — 60KG

If foreign born, port and date of entry in Canada — PEARSON

**16** Race — White/Blanche   Non White (specify)/Autre (préciser)

This form is the property of International Fingerprinting Services Canada (IFSC) Ltd.
Ce formulaire est la propriété du Service d'empreintes digitales internationales du Canada (SEDI) Ltée

# EXHIBIT B

**U.S. Department of Justice**
United States Marshals Service

| REPORT OF INVESTIGATION | | Page 1 of 2 |
|---|---|---|
| 1. FID: ▆▆▆<br>CASE: ▆▆▆▆ | 2. DATE OF REPORT: 01/14/2021 | 3. REPORTED<br>BY: BARRON,MICHAEL<br>AT: I00 |
| 4. SUBJECT NAME: KAPOOR,PARTHASARTHIE | | |
| 5. MERGED FIDs: | | |

**6. TYPE OF REPORT:**

| | |
|---|---|
| [ ] REPORT OF ELECTRONIC INTERCEPTION | [ ] ARREST/CLOSE |
| [ ] COLLATERAL LEAD | [ ] INTELLIGENCE UPDATE |
| [ ] WITNESS INTERVIEW | [x] MEMORANDUM TO FILE ▆▆▆▆ |
| [ ] ADMINISTRATIVE SUBPOENA | [ ] DUE DILIGENCE |
| [ ] CS/CI REQUEST | [ ] OTHER |

| 7. HOURS WORKED: | 8. BWC FOOTAGE EXISTS: |
|---|---|

This report has been drafted to document measures taken by the United States Marshals Service (USMS) International Investigations Branch (IIB), assisting with identifying Parthasarthi KAPOOR a/k/a Parthasarathi KAPOOR (DOB 12/18/1973) ("KAPOOR"), a fugitive who is the subject of an extradition request from Canada for offenses relating to sexual abuse against children.

On January 20, 2020 a subject believed to be KAPOOR was arrested at Newark Liberty International Airport located in Newark, New Jersey. At the time of arrest, the subject believed to be KAPOOR was in possession of a US Passport in the name of Perth DE (DOB 12/18/1969), a known aka for KAPOOR. The arrestee has denied being KAPOOR.

On January 12, 2021, Assistant United States Attorney (District of New Jersey) Kendall Randolph provided USMS Senior Inspector (SI) Michael Barron a copy of the fingerprints Canadian authorities provided for fugitive KAPOOR.

On January 22, 2021, SI Barron obtained a copy of the fingerprints that were taken of the arrestee, believed to be KAPOOR. The fingerprints were taken on the day of arrest, January 20, 2020 in Newark, New Jersey.

On January 22, 2021, SI Barron submitted a request to the Federal Bureau of Investigations (FBI), Criminal Justice Information Services Division, Special Processing Center. SI Barron requested the FBI compare the arrest fingerprints taken of the subject believed to be KAPOOR on January 20, 2020 to the known fingerprints of KAPOOR, provided by Canadian authorities, to determine if they are one in the same person.

On January 22, 2021 the FBI analyzed the above-mentioned fingerprints and concluded that both sets of fingerprints were an identical match, indicating that they are one in the same person.

| 9. SIGNATURE (*Name and Title*) | 10. DATE<br>01/14/2021 12:14 PM EST | 13. DISTRIBUTION<br>__DISTRICT<br>__HEADQUARTERS<br>__OTHER_____ |
|---|---|---|
| MICHAEL BARRON<br>Deputy U.S. Marshal | | |
| 11. APPROVED (*Name and Title*) | 12. DATE<br>01/22/2021 3:47 PM EST | |
| MICHAEL BARRON<br>Deputy U.S. Marshal | | |

*UNITED STATES MARSHALS SERVICE*
*THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER*
*IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.*

01/22/2021 3:47 PM EST

**U.S. Department of Justice**
United States Marshals Service

| REPORT OF INVESTIGATION | | Page 2 of 2 |
| --- | --- | --- |
| 1. FID: ▮▮▮▮<br>CASE: ▮▮▮▮▮▮▮▮ | 2. DATE OF REPORT: 01/14/2021 | 3. REPORTED<br>BY: BARRON,MICHAEL<br>AT: I00 |
| 4. SUBJECT NAME: KAPOOR,PARTHASARTHIE | | |
| 5. MERGED FIDs: | | |

EOR

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER
IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

01/22/2021 3:47 PM EST



# EXHIBIT C

**U.S. Booking Photo**



# EXHIBIT D

MAI.13.2003   1:21PM                                                    Nº530   P.1

Citoyenneté et          Citizenship and
Immigration Canada      Immigration Canada                    TÉLÉCOPIE / FAX

CITOYENNETÉ & IMMIGRATION CANADA, CIC-MONTRÉAL / SERVICE DU RENSEIGNEMENT
(2008)
CITIZENSHIP & IMMIGRATION CANADA, CIC-MONTREAL / INTELLIGENCE UNIT (2008)
1010 St- Antoine ouest, 3e étage, Montréal, Québec, H3C 4H6

Date:  Le  13 mai 2003

Nombre de pages incluant celle-ci :    4
Number of pages including cover:

A / To:  S/D Dubond
         SPVM

         Numéro de téléphone / Telephone number:
         Numéro de télécopieur / FAX number: 514- 280-6954

De / From:   Jean-Marc Duhaime
             Service du Renseignement /Intelligence Unit
             Citoyenneté & Immigration Canada / Citizenship & Immigration Canada
             Montréal
             Fax: (514) 496-9322

Si vous ne recevez pas toutes les copies, contactez le :
If all pages are not received, please call:                     (514) 283-6205

AVERTISSEMENT CONCERNANT LA CONFIDENTIALITÉ:

Ce message est strictement réservé à l'usage de l'individu ou de l'entité à qui il est adressé et contient de l'information privilégié et confidentielle.  Si le lecteur de ce message n'est pas
le destinataire projeté, vous êtes par la présente avisés que toute diffusion, distribution ou copie de cette communication est strictement prohibée.

WARNING CONCERNING CONFIDENTIALITY:

This message is intended only for the use of the individual or entity which it is addressed and contains information that is privileged and confidential.  If the reader of this message is
not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

Bonjour,

Dossier : Parthasarathi, KAPOOR

Ci-joint trois documents avec l'adresse du sujet aux Indes soit : 143 B- 9 Salt Lake , Calcutta,
India .

Nous n'avons aucune autre adresse pour le sujet aux Indes.

Salutations,

Jean-Marc Duhaime
Agent de Renseignement

faxSPVM.doc

13-05-2003   14:37                            98%                    P.01

Translation

Translation

Hello,

File: Parthasarathi, KAPOOR

Attached are three documents with the subject's address in India: 143 B-9 Salt Lake, Calcutta, India.

We have no other address for the Subject in India.

Greetings.

Jean-Marc Duhaime
Intelligence officer

MAI.13.2003   1:22PM                                                No530      P.2

Licence No. WB— 01-219371

Date of Issue          Valid upto
28-8-97                27-8-2002

Name     PARTHA S KAPOOR
s/D/W    P K KAPOOR
Address  143 8-9 Salt Lake
         Calcutta 91

Licensing Authority
CALCUTTA

LICENSED TO DRIVE
ALL OVER INDIA
AS MARKED : PRINT

पि. एस. कपूर

HOLDER'S SIGNATURE

| Motor Cycle with gear. |
| Motor Cycle without gear. |
| Light Motor Vehicle. |
| Medium Goods Vehicle. |
| Medium Passenger Motor Vehicle. |
| Heavy Goods Vehicle. |
| Heavy Passenger Motor Vehicle. |
| Auto Rickshaw |
| Taxi |

1. Violation of traffic rules and signals.
2. Driving dangerously/at excessive speed.
3. Driving without Valid Registration/Tax/Permit/Insurance.
4. Driving without proper and Valid Licence.
5. Driving exceeding permissible weight.
6. Charged or convicted u/s 304 A IPC.
7. Refused to go on hire while driving a Taxi/Autorickshaw.

1   2   3   4   5   6   7

MAI.13.2003   1:22PM                                          NO530   P.3



**ELECTION COMMISSION OF INDIA**
ভারতের নির্বাচন কমিশন

**IDENTITY CARD**
পরিচয় পত্র

WB/20/139/897779

| | |
|---|---|
| Elector's Name | : Kapoor Partha |
| নির্বাচকের নাম | : কাপুর পার্থ |
| Father/Mother/ | |
| Husband's Name | : Pranab Kumar |
| পিতা/মাতা/স্বামীর নাম | : প্রনব কুমার |
| Sex | : Male |
| লিঙ্গ | : পুরুষ |
| Age as on 1-1-95 | : 23 |
| ১-১-৯৫ -এ বয়স | : ২৩ |

Address :
Bl-B/9, Fl-143, Salt Lake, Bl-GE
Bidhannagar, N.24 Pgs.

ঠিকানা :
ব্লক-বি/৯, ফ্ল্যাট-১৪৩, সল্ট লেক, ব্লক-জিই
বিধাননগর, ৩/২৪ পঃ

Facsimile Signature of
Electoral Registration Officer
নির্বাচন-নিবন্ধন কর্মকর্তার

For 139-Belgachia(East) Assembly Constituency
১৩৯-বেলগাছিয়া(পূর্ব) বিধানসভা নির্বাচন কেন্দ্র

| | |
|---|---|
| Place | : Calcutta |
| থান | : কলিকাতা |
| Date | : 15.03.1996 |
| তারিখ | : ১৫.০৩.১৯৯৬ |

13-05-2003   14:37                      98%                      P.03

MAI.13.2003   1:22PM                                    NO530     P.4

ROI 236(1-0)

Not Transferable                                    ADULT

Government of        West Beng.
                                    23·60
                                    1+0

## RATION CARD

Folio No. ...... 2760

Area Index ... ROT 236 ... No.FF   861200

Name of holder ... Mr. Ponita Sudith Kudoor ... Age ... 32

Address ......... 143   B9 Customs Qtr Bl GE Sec IV GN91

Name of Father/Husband ......... P. n. Kapoor

Name of head of family ......... S.46

Signature or thumb impression of ... श्री प्रजा कुमार
   holder or of head of family ...........................
   (if holder is a minor).

Signature of issuing Officer ...........................

Date ...........   Sub-Area ...........
                                    5927- 01
                                    1+0

DIRECTOR
KENE ENGINEERING TRAINING
GOVERNMENT OF INDIA

13-05-2003   14:37                     98%              P.04

19

# EXHIBIT E

A6

## Gestion DHC

### CONFIRMATION OF EMPLOYMENT

Date: July 22 '02

Sent to: Kapoor Garmets
Att: Schad
Fax: 514 747 2818

Please confirm the following information:

Employee name: Partha Sarathi Kapoor

Name and Address of Employer: Kapoor Garments.
4375 Ave De Courtrai
Montreal, Québec  H3S 1B8
Tel: (514) 342-8176     (514) 747-2818·
(514) 246-0108·

Full time or part time: Full time·

Profession: Designer · Tecnician & Business Advisor·

Number of Years currently employed: 7 years·

Salary: 4000 Canadian Dollar per month·

Comments:(Is the employee always on time ??)
ofcourse·   He is  good  worker & nice person

Confirmed by: Saleh Kayser
July 22, 2002·

Sent by:
Fax: 514 737 3493

# EXHIBIT F



पि. एस. कपूर
Partha Sarathi Kapoor
D.O.B - 18.12.73

# EXHIBIT G

## PHOTO COMPARAISON OF KAPOOR

**Photograph identified by S.S. as Kapoor**

**1998 photograph from the fingerprints form**

**Passport-type photograph**





USMS Booking photo 2020



25