IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Edward S. Kiel, U.S.M.J. |
| | : | |
| | : | Mag. No. 20-15012 (ESK) |
| v. | : | |
| | : | In re Extradition of Defendant |
| PARTHASARTHIE KAPOOR, | : | |
| Defendant. | : | **ORDER** |

THIS MATTER having come before the Court on April 1, 2021 for a telephonic Status Conference relating to Defendant Parthasarthie Kapoor's extradition upon the request of the Government of Canada, with Defendant being represented by Candace Hom, Assistant Federal Public Defender, and the United States of America being represented by Acting U.S. Attorney Rachael Honig (Kendall Randolph, Special Assistant U.S. Attorney, appearing) and, following discussion with counsel,

IT IS on this 13th day of April, 2021, hereby

ORDERED that, with the extradition matter being fully briefed by the parties and the parties being in agreement, and as additional information is being received form the Government of Canada regarding the extradition request, and as the domestic charges regarding the defendant have not yet been resolved (see Mag. No. 21-10105), the extradition hearing shall be ADJOURNED pending further Order from the Court.

                                                 _/s/ Edward S. Kiel_
                                        HONORABLE EDWARD S. KIEL
                                        UNITED STATES MAGISTRATE JUDGE