UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| THE EXTRADITION OF ) | Mag. No. 20-15012 |
| ) | |
| PARTHASARATHI KAPOOR, ) | |
|    a/k/a "Parthasarthie Kapoor," ) | |
|    a/k/a "Perth De" ) | |

<u>AFFIDAVIT OF CONSENT TO EXTRADITION</u>

I, Parthasarathi Kapoor, a/k/a "Parthasarthie Kapoor," a/k/a "Perth De," having been fully informed by my attorney, Candace Hom, Esq., with whose services I am satisfied, that I have certain rights pursuant to United States law, including 18 U.S.C. §§ 3184-3196, and the extradition treaty in force between the United States and Canada. In particular, I understand that:

1. The Government of Canada, has requested my provisional arrest and extradition; and

2. Under 18 U.S.C. § 3184, I am entitled to a hearing at which certain facts would need to be established, including:

– That currently there is an extradition treaty in force between the United States and Canada;

– That the treaty covers the offenses for which my extradition was requested;

– That I am the person whose extradition is sought by Canada; and

– That probable cause exists to believe that I committed the offenses for which extradition was requested.

I further understand that I cannot be extradited to Canada unless and until a court of the United States issues a ruling certifying my extraditability and the Secretary of State of the United States issues a warrant of surrender.

In full knowledge of the above, I hereby admit that I am the individual against whom charges are pending in Canada and for whom process is outstanding there. I further stipulate that there is probable cause to support my extradition to Canada for the charges for which extradition was sought. I consent to a certification by the Court of my extraditability without the need for a hearing as contemplated under 18 U.S.C. § 3184; to a decision by the Secretary of State authorizing my surrender; to be transported in custody, as soon as possible, to Canada, and to remain in custody of the United States Marshal pending the arrival of duly authorized representatives from Canada. I give this consent voluntarily, knowingly, and entirely of my own free will and accord. No representative, official, or officer of the United States or of the Government of Canada, nor any other person whosoever, has made any promise or offered any other form of inducement or made any threat or exercised any form of intimidation against me.

Dated this 25 day of May, 2022.

_____
Parthasarathi Kapoor

_____
Candace Hom, Esq.
Attorney for Parthasarathi Kapoor

I hereby certify that on this **26th** day of May, 2022, Parthasarathi Kapoor personally appeared before me, via video conference, and made his oath in due form of law that the statements herein are true.

／s／ *Edward S. Kiel*
EDWARD S. KIEL
United States Magistrate Judge
District of New Jersey